**Date of Arrest: 11/13**

# United States District Court

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br>Araceli MUNOZ-Navarro<br>AKA: Munoz Navarro ARACELI<br>099831501<br>YOB: 1979<br>Citizen of: Mexico<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Magistrate Case No. **26-01928MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

COUNT 1

That on or about November 13, 2026 Defendant Araceli MUNOZ-Navarro, an alien, was found in the United States at or near Wellton, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Alexandria, Louisiana, on or about June 23, 2026. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Louie Uhl AUSA Louis Uhl

Victor Martinez
Signature of Complainant
Brandon Charles
Border Patrol Agent

Sworn to before me and subscribed in my telephonically,

November 16, 2026 at Yuma, Arizona
Date City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

J F Metcalf
Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Araceli MUNOZ-Navarro
AKA: Munoz Navarro ARACELI
099831501

**STATEMENT OF FACTUAL BASIS**

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about November 13, 2026, near Wellton, Arizona. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing her to enter or remain in the United States.

By questioning the Defendant and through record checks, Border Patrol Agents determined the Defendant was first ordered removed at or near Phoenix Arizona on or about January 14, 2016. The Defendant has been removed on seven (7) previous occasions. The Defendant was most recently removed on or about June 23, 2026, through the port of Alexandria, Louisiana, subsequent to a conviction in an United States District Court, District of Phoenix, Arizona on or about July 25, 2022, for the crime of Illegal Re-Entry, a felony.

Border Patrol Agents determined that on or about November 13, 2026, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs D. Landeros and K. Cota

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA S. Lyons.

Victor Martinez
Signature of Complainant

Sworn to before me and subscribed in my telephonically,

November 16, 2026
Date

Signature of Judicial Officer

# *Probable Cause Statement*

*I, Border Patrol Agent Brandon Charles declare under penalty of perjury, the following is true and correct:*

Defendant: **MUNOZ- Navarro, Araceli**

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on seven (7) previous occasion. The Defendant has been removed a total of seven (7) time.

## CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 07/25/2022 | District of Arizona | 8 USC 1326 | Ordered Removed |
| 03/30/2023 | District of Arizona | 8 USC 1326 | Ordered Removed |

Narrative:

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about November 13, 2026, near Wellton, Arizona. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing her to enter or remain in the United States.

.

By questioning the Defendant and through record checks, Border Patrol Agents determined the Defendant was first ordered removed at or near Phoenix, Arizona on or about January 14, 2016. The Defendant has been removed on seven (7) previous occasions. The Defendant was most recently removed on or about June 23, 2026, through the port of Nogales, Arizona.

Border Patrol Agents determined that on or about November 13, 2026, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

***Executed on: November 15, 2026*** ***Time: 7:00 A.M.***

***Signed: Brandon Charles , Border Patrol Agent*** Brandon Charles